| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **TD OPPORTUNITY FUND, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **80-0934293** |

| | | | |
| --- | --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **23046 Avenida de la Carlota Suite 150 Laguna Hills, CA 92653** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **TD OPPORTUNITY FUND, LLC**    Case number (*if known*) _____
    Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **TD OPPORTUNITY FUND, LLC**          Case number (*if known*) _____
            Name

---

**11. Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **TD OPPORTUNITY FUND, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2017**
MM / DD / YYYY

**X** **/s/ Howard Grobstein**                    **Howard Grobstein**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ Lei Lei Wang Ekvall**            Date    **May 18, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone    **(714) 445-1000**    Email address    **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TD OPPORTUNITY FUND, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cannon Gasket PSP 7784 Edison Ave Fontana, CA 92336** | | **Promissory Note** | | | | $447,547.33 |
| **Caprow Family Trust 962 Hihimanu Street Kihei, HI 96753** | | **Promissory Note** | | | | $306,553.97 |
| **Daniel McNally 1426 N. Harwood Street Orange, CA 92867** | | **Promissory Note** | | | | $250,000.00 |
| **David Hughes Jr. IRA 6 Sendero Rancho Santa Magarita, CA 92688** | | **Promissory Note** | | | | $332,000.00 |
| **Dean and Cindy James 30722 Fairgreens West Laguna Niguel, CA 92677** | | **Promissory Note** | | | | $550,000.00 |
| **Elaine Garland 21852 Seacrest Ln. Huntington Beach, CA 92646** | | **Promissory Note** | | | | $302,075.00 |
| **John Sullivan 10752 Walnut St #D Los Alamitos, CA 90220** | | **Promissory Note** | | | | $774,943.54 |
| **John Sullivan IND 2 10752 Walnut St #D Los Alamitos, CA 90220** | | **Promissory Note** | | | | $1,076,244.58 |
| **John Sullivan IND 3 10752 Walnut St #D Los Alamitos, CA 90220** | | **Promissory Note** | | | | $400,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **TD OPPORTUNITY FUND, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Wilkins IRA 27256 Via Burgos Mission Viejo, CA 92691** | | **Promissory Note** | | | | **$256,500.00** |
| **Kenneth McFall 8487 E Frostwood ST Anaheim, CA 92808** | | **Promissory Note** | | | | **$342,442.72** |
| **Nash Living Trust 12mo 26 Bodega Bay Irvine, CA 92602** | | **Promissory Note** | | | | **$309,000.00** |
| **Paul Kirch IRA 12 mo 35 Malibu Laguna Niguel, CA 92677** | | **Promissory Note** | | | | **$287,552.32** |
| **RTH Investment 1201 Emerald Bay Laguna Beach, CA 92651** | | **Promissory Note** | | | | **$262,500.01** |
| **RTH Investment 12Mo 1201 Emerald Bay Laguna Beach, CA 92651** | | **Promissory Note** | | | | **$250,000.00** |
| **Steve William Ind 430 Narcissus Ave Corona Del Mar, CA 92625** | | **Promissory Note** | | | | **$990,000.00** |
| **Toch Family 650K 7 Cantar St Rancho Mission Viejo, CA 92694** | | **Promissory Note** | | | | **$350,000.00** |
| **Toch Family Trust 7 Cantar St Rancho Mission Viejo, CA 92694** | | **Promissory Note** | | | | **$575,000.00** |
| **Tom Lowis 33681 Scotty Cove Drive Dana Point, CA 92629** | | **Promissory Note** | | | | **$387,528.33** |
| **William Somerville IRA 28385 La Pradera Laguna Niguel, CA 92677** | | **Promissory Note** | | | | **$252,963.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

TD OPPORTUNITY FUND, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


A.W. Greene
2907 Pebble Banks Ct.
Richmond, TX 77406


Alicia Wolff Living 12 mo
PO Box 2690
Valley Center, CA 92082


Alicia Wolff Living 24mo
PO Box 2690
Valley Center, CA 92082


Angie Rust 12 Mo
493 South Grand St.
Orange, CA 92866


Angie Rust 24 Mo
493 South Grand St.
Orange, CA 92866


Ashley Captan
28 Foliate Way
Lodera Ranch, CA 92694

Betty Trapp Living Trust
404 Ave De Jose
Redondo Beach, CA 90277


Brian Allen
24 Wooded River Drive
Garden Valley, ID 83622


California Indexed Growth Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Cannon Gasket PSP
7784 Edison Ave
Fontana, CA 92336


Caprow Family Trust
962 Hihimanu Street
Kihei, HI 96753


Captan Revocable Trust 12 Mo
28 Foliate Way
Lodera Ranch, CA 92694


Captan Revocable Trust 30 days
28 Foliate Way
Lodera Ranch, CA 92694


Carol Dong
1461 Indian Well Dr
Diamond Bar, CA 91765

Carolyn Libby 30 days
2188 Via Mariposa E Unit B
Laguna Woods, CA 92637


Carolyn Libby IRA
2188 Via Mariposa E Unit B
Laguna Woods, CA 92637


Colton Toch PN
1726 E. Azalea Dr.
Gilbert, AZ 85298


Craig Dong
1461 Indian Well Dr
Diamond Bar, CA 91765


Craig Dong 4.3K
1461 Indian Well Dr
Diamond Bar, CA 91765


Craig Dong IRA
1461 Indian Well Dr
Diamond Bar, CA 91765


Daniel McNally
1426 N. Harwood Street
Orange, CA 92867


Daniel McNally 30days
1426 N. Harwood Street
Orange, CA 92867

Danna Revocable Living Trust
24096 Ramada Ln.
Mission Viejo, CA 92691


David Hughes Jr. IRA
6 Sendero
Rancho Santa Magarita, CA 92688


Dean and Cindy James
30722 Fairgreens West
Laguna Niguel, CA 92677


Doug Reed
2912 Via Hildago
San Clemente, CA 92673


Edwards Revocable Trust
19595 Soulsbyville Rd
Soulsbyville, CA 95372


Elaine Garland
21852 Seacrest Ln.
Huntington Beach, CA 92646


Elizabeth Dawn Cooper
33811 Diana Dr
Dana Point, CA 92629


Ellison, Ronald
210 Godfrey Rd
Simpsonville, SC 29681

Equity Indexed Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Eric Juarez
898 Elkridge St.
Brea, CA 92821


Ferguson Family Trust
9 Stolen Will Court
Stafford, VA 22554


GAIL TURNER SAVITSKI
1214 Via Visalia
San Clemente, CA 92672


Gary Gough
24711 Montee Royale St
Laguna Hills, CA 92653


Gary Gough SEP IRA
24711 Montee Royale St
Laguna Hills, CA 92653


Gerald and Kristy Ellis
2007 Hemmingway Pl
San Jacinto, CA 92583


Gerosa, Joseph 24mo
22131 Jonesport Lane
Huntington Beach, CA 92646

Gerosa, Joseph 30days
22131 Jonesport Lane
Huntington Beach, CA 92646


Gloria Maxine Eggers
28832 Drakes Way
Laguna Niguel, CA 92677


Gloria Maxine Eggers I
28832 Drakes Way
Laguna Niguel, CA 92677


Grace Liu 12 Mo
8552 Naples Drive
Huntington Beach, CA 92646


Grado Trust
24972 Woolwich Street
Laguna Hills, CA 92653


Heckman Family Trust B
33555 Halyard Drive
Dana Point, CA 92629


Heckman Revocable Trust
33555 Halyard Drive
Dana Point, CA 92629


Huntenburg
61 Bolton Street #202
Cambridge, MA 02140

Itakorn Rapeepat ROTH
1020 Calle Venezia
San Clemente, CA 92672


James Coyle 24mo
3719 West Dahlia Drive
Phoenix, AZ 85029


Jan Keuthan ROTH IRA 12mo
25591 Leeward Dr.
Dana Point, CA 92629


Jay Nash 12mo
26 Bodega Bay
Irvine, CA 92602


Jeffrey Kurszewski IRA
82 Via Sonrisa
San Clemente, CA 92673


John Sullivan
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IND 2
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IND 3
10752 Walnut St #D
Los Alamitos, CA 90220

John Sullivan IND 4
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IRA
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullvan IND
10752 Walnut St #D
Los Alamitos, CA 90220


John Wilkins IND
27256 Via Burgos
Mission Viejo, CA 92691


John Wilkins IRA
27256 Via Burgos
Mission Viejo, CA 92691


Joseph Parisi IRA
7443 Tenaya Ct
Highland, CA 92346


Julia Barbosa & Julie Prendiz
18 Salvatore
Ladera Ranch, CA 92694


Keith Bridges
26801 Ashford
Mission Viejo, CA 92692

Kenneth Culver SEP IRA 12mo
24441 La Cresta Drive
Dana Point, CA 92629


Kenneth McFall
8487 E Frostwood ST
Anaheim, CA 92808


Kenneth Terpening
8516 W Dreyfus Dr
Peoria, AZ 85381


Laurel Enloe
302 E Cypress
Anaheim, CA 92805


Lee Harmon
47 Gema
San Clemente, CA 92672


Loriann L McKain IRA
17 Seacountry Lane
Rancho Santa Margarita, CA 92688


Marc Ottestad IRA
1331 Fawn Ridge
Brea, CA 92821


Marya Sherer-Nielander IRA
22101 Robin St.
Lake Forest, CA 92630

McNally-Krainz Family Trust 30
1426 N. Harwood Street
Orange, CA 92867


Michael D Green
4332 Hillside Road
Brea, CA 92823


Michael Will
25112 Whitespring
Mission Viejo, CA 92692


Morrell Family Trust 12Mo
4 Lawnridge
Trabuco Canyon, CA 92679


Nancy White ROTH
2000 Saint Phillip Street
New Orleans, LA 70116


Nash Living Trust 12mo
26 Bodega Bay
Irvine, CA 92602


Ottestad Family Trust 24 Mo
1331 Fawn Ridge
Brea, CA 92821


Pabon
3409 Eleanor Pl
National City, CA 91950

Parisi Family Trust 12 mo
7443 Tenaya Ct
Highland, CA 92346


Parisi Family Trust 12 mo #2
7443 Tenaya Ct
Highland, CA 92346


Parisi Family Trust 24 mo
7443 Tenaya Ct
Highland, CA 92346


Paul Kirch IRA
35 Malibu
Laguna Niguel, CA 92677


Paul Kirch IRA 12 mo
35 Malibu
Laguna Niguel, CA 92677


Paul KIrch IRA 12 Mo #2
35 Malibu
Laguna Niguel, CA 92677


Paula Krainz
840 Flaming Arrow
Prescott, AZ 86301


Philip and Dawn Danna Revocable
24096 Ramada Ln.
Mission Viejo, CA 92691

PMB Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Prosper Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Reed, Essie
8651 Foothill Blvd. #126
Rancho Cucamonga, CA 91730


Richard Chvilicek
1301 E. Van Owen Ave.
Orange, CA 92807


Robert Caprow IRA
962 Hihimanu Street
Kihei, HI 96753


Robert Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677


Robert Stesheltz and Karen 12Mo
21 Dawn Lane
Aliso Viejo, CA 92656


Robert Stesheltz and Karen 24 M
21 Dawn Lane
Aliso Viejo, CA 92656

Robert Stesheltz and Karen Crai
21 Dawn Lane
Aliso Viejo, CA 92656


Roger J Mulley PN3
6000 Tarin Rd
Wilmington, NC 28409


Roger Wong Mulley
6000 Tarin Rd
Wilmington, NC 28409


Roger Wong Mulley 30 days
6000 Tarin Rd
Wilmington, NC 28409


Ronald Ellison IRA 12mo
210 Godfrey Rd
Simpsonville, SC 29681


Roohk Revocable Living Trust
23952 La Hermosa Ave
Laguna Niguel, CA 92677


RTH Investment
1201 Emerald Bay
Laguna Beach, CA 92651


RTH Investment 12Mo
1201 Emerald Bay
Laguna Beach, CA 92651

Rudy & Julie Prendiz
18 Salvatore
Ladera Ranch, CA 92694


Rudy Torres Prendiz IRA
18 Salvatore
Ladera Ranch, CA 92694


Scott Garland
22236 Anthony Dr.
Lake Forest, CA 92630


Secure California Income Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Stan and Gail Savitski Family T
1214 Via Visalia
San Clemente, CA 92672


Steve William
430 Narcissus Ave
Corona Del Mar, CA 92625


Steve William Ind
430 Narcissus Ave
Corona Del Mar, CA 92625


Stormy Panosian
8705 Ottawa River Circle
Fountain Valley, CA 92708

```
Susan Foltz 24 mo
123 Esplanade
San Clemente, CA 92672


Terpening, Annette
8516 W Dreyfus Dr
Peoria, AZ 85381


Tilley Family Trust 12 Mo
14 Poppy Hills Rd.
Laguna Niguel, CA 92677


Tilley Family Trust 30 days
14 Poppy Hills Rd.
Laguna Niguel, CA 92677


Toch Family 650K
7 Cantar St
Rancho Mission Viejo, CA 92694


Toch Family Trust
7 Cantar St
Rancho Mission Viejo, CA 92694


Toch Family Trust 12 mo
7 Cantar St
Rancho Mission Viejo, CA 92694


Toch Family Trust 30 days
7 Cantar St
Rancho Mission Viejo, CA 92694
```

Tom & Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629


Tom Lowis
33681 Scotty Cove Drive
Dana Point, CA 92629


Val Dodd 30 days
2848 Saint Dizier
Henderson, NV 89044


William and Megan Bryant
264 South Hillcrest
Anaheim, CA 92807


William Somerville IRA
28385 La Pradera
Laguna Niguel, CA 92677


Winkelpleck Family Trust
6878 Etiwanda Ave.
Etiwanda, CA 91739


Wisnev, Michael IRA
3208 Bonnie Hill Dr.
Los Angeles, CA 90068


WJA Real Estate Opportunity II
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653

WJA Secure Income Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Real Estate Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Yolanda Caprow IRA
962 Hihimanu Street
Kihei, HI 96753